## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDITH A. SNYDER, And THOMAS SNYDER | : | C.A. NO. 09 CV 00963 (GMS) |
| v. | : | |
| | : | |
| TERRENCE M. REESE, FALCON TRANSPORT CO., G.D. LEASING OF INDIANA, INC. and COMPREHENSIVE LOGISTICS, CO. | : : : : | JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and AGREED by and between the parties, that the aforesaid action against defendants be dismissed with prejudice, with costs to be assessed against each party.


*/s/ Shakuntla L. Bhaya*                                        */s/ Delia A. Clark*
_____                              _____
Shakuntla L. Bhaya, Esquire                               Delia A. Clark, Esquire
Doroshow, Pasquale, Krawitz & Bhaya            Rawle & Henderson LLP
1701 Pulaski Highway                                          300 Delaware Avenue, Suite 1015
Bear, DE 19701                                                     Wilmington, DE 19801
Attorney for Plaintiffs                                            Attorney for Defendants

4653074-1